# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

JESSE SMOOT,

        Petitioner

: No. 98 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

JESSE SMOOT,

        Petitioner

: No. 99 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

JESSE SMOOT,

        Petitioner

: No. 100 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

: No. 101 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

JESSE SMOOT,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 102 MAL 2021

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court
        v.


JESSE SMOOT,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 103 MAL 2021

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court
        v.


JESSE SMOOT,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 104 MAL 2021

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court
        v.


JESSE SMOOT,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 105 MAL 2021

        Respondent

v.

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
JESSE SMOOT,                        :
:
Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

> In this case, where Petitioner was without counsel for three of the four month pre-trial period in the Court of Common Pleas, did the Superior Court misapply *United States v. Cronic*, 466 U.S. 648 (1984), when it affirmed the denial of PCRA relief because Petitioner did not identity [sic] a "critical stage" during which Petitioner was without counsel?